## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Mary Kay Thomas,

      Plaintiff,

v.

Marshall Public Schools (Independent School District 413); Members of the Marshall School Board (in their official capacities); Jeff Chapman (in his individual and official capacities); Bill Swope (in his individual and official capacities); and Superintendent Jeremy Williams (in his individual and official capacities),

      Defendants.

Court File No.: 21-cv-02581-PJS-DJF

**PLAINTIFF'S
MOTION TO COMPEL**

---

Plaintiff Mary Kay Thomas hereby moves the Court for an Order compelling Defendants and Pemberton Law to produce documents and information related to Joshua Heggem's Investigation and Investigative Report as argued in her accompanying Memorandum. This motion is made pursuant to the Federal Rules of Civil Procedure, District of Minnesota LR 7.1, and upon the files, records and proceedings herein, as well as the arguments of counsel.

                              Respectfully submitted,

Dated: May 9, 2023                    **NICHOLS KASTER, PLLP**

                              s/Laura A. Farley
                              David E. Schlesinger, MN Bar No. 0387009
                              Laura A. Farley, MN Bar No. 0397455
                              4700 IDS Center
                              80 South 8th Street
                              Minneapolis, MN 55402
                              Telephone: (612) 256-3200
                              Fax: (612) 338-4878
                              schlesinger@nka.com
                              lfarley@nka.com

Dated: May 9, 2023                    **PREMO FRANK PLLC**

                              s/Matthew Frank
                              Matthew A. Frank, MN Bar No. 0395362
                              333 Washington Ave. N., Suite 300
                              Minneapolis, MN 55401
                              Telephone: (612) 445-7041
                              matt@premofrank.com

                              **ATTORNEYS FOR PLAINTIFF**