# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Mary Kay Thomas, | Court File No.: 21-cv-02581-PJS-DJF |
| Plaintiff, | |
| v. | |
| Marshall Public Schools (Independent School District 413); Members of the Marshall School Board (in their official capacities); Jeff Chapman (in his individual and official capacities); Bill Swope (in his individual and official capacities); and Superintendent Jeremy Williams (in his individual and official capacities), | **PLAINTIFF'S NOTICE OF HEARING** |
| Defendants. | |

---

TO:  Defendants and their counsel of record; and

Kendra Olson, Ryan Fullerton, and Robert Bigwood at Pemberton Law, PLLP, 110 North Mill Street, Fergus Falls, MN 56537.

**PLEASE TAKE NOTICE** that Plaintiff Mary Kay Thomas will bring a Motion to Compel for hearing before the Honorable Dulce J. Foster on May 23, 2023 at 3:00 p.m. via videoconferencing means.

Dated: May 9, 2023                           **NICHOLS KASTER, PLLP**

 s/Laura A. Farley
David E. Schlesinger, MN Bar No. 0387009
Laura A. Farley, MN Bar No. 0397455
4700 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 338-4878
schlesinger@nka.com
lfarley@nka.com

Dated: May 9, 2023                           **PREMO FRANK PLLC**

 s/Matthew Frank
Matthew A. Frank, MN Bar No. 0395362
333 Washington Ave. N., Suite 300
Minneapolis, MN 55401
Telephone: (612) 445-7041
matt@premofrank.com

**ATTORNEYS FOR PLAINTIFF**