**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Mary Kay Thomas, | Court File No.: 21-cv-02581-PJS-DJF |
| Plaintiff, | |
| v. | |
| Marshall Public Schools (Independent School District 413); Members of the Marshall School Board (in their official capacities); Jeff Chapman (in his individual and official capacities); Bill Swope (in his individual and official capacities); and Superintendent Jeremy Williams (in his individual and official capacities), | **LR 7.1(F) & LR 7.1(H) CERTIFICATE OF COMPLIANCE** |
| Defendants. | |

---

I, Laura A. Farley, certify that Plaintiff's Memorandum in Support of her Motion to Compel complies with the length limitation imposed by Local Rule 7.1(f), and the type size limitations imposed by Local Rule 7.1(h). I further certify that Microsoft Word was used in preparing the memorandum using 13-point font using Microsoft Word for Microsoft 365. Plaintiff's Memorandum consists of 5,200 words, including all text, headings, footnotes, and quotations.

Dated: May 9, 2023

**NICHOLS KASTER, PLLP**

 s/Laura A. Farley
David E. Schlesinger, MN Bar No. 0387009
Laura A. Farley, MN Bar No. 0397455
4700 IDS Center
80 South 8th Street

|  |  |
|---|---|
| | Minneapolis, MN 55402<br>Telephone: (612) 256-3200<br>Fax: (612) 338-4878<br>schlesinger@nka.com<br>lfarley@nka.com |
| Dated: May 9, 2023 | **PREMO FRANK PLLC** |
| | s/ Matthew A. Frank<br>Matthew A. Frank, MN Bar No. 0395362<br>333 Washington Ave. N., Suite 300<br>Minneapolis, MN 55401<br>Telephone: (612) 445-7041<br>matt@premofrank.com |
| | **ATTORNEYS FOR PLAINTIFF** |