# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| Mary Kay Thomas, | Court File No.: 21-cv-02581-PJS-DJF |
| Plaintiff, | |
| v. | |
| Marshall Public Schools (Independent School District 413); Members of the Marshall School Board (in their official capacities); Jeff Chapman (in his individual and official capacities); Bill Swope (in his individual and official capacities); and Superintendent Jeremy Williams (in his individual and official capacities), | **DECLARATION OF LAURA A. FARLEY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL** |
| Defendants. | |

___

I, Laura A. Farley, being first duly sworn upon oath, depose and state as follows:

1. I am over the age of eighteen.

2. I am one of the attorneys representing Plaintiff Mary Kay Thomas in the above-referenced matter.

3. Plaintiff Mary Kay Thomas received a copy of the Investigative Report in or around May 2021.

4. On February 8, 2022, Plaintiff served Defendants with Requests for Production (Set I), a true and correct copy of which is attached to this declaration as **Exhibit A**.

5. Defendants served responses and objections to Plaintiff's Requests for Production on March 9, 2022, a true and correct copy of which is attached to this declaration as **Exhibit B**.

6. Defendants served their Privilege Log on September 27, 2022, which was replaced with a supplemental log on November 2, 2022, a copy of which is attached to this declaration as **Exhibit C**, and has been slightly altered for clarity and filing.

7. Attached to this declaration as **Exhibit D** is an annotated version of Defendants' Privilege Log, with highlighted entries representing those that relate to the Investigation or Report.

8. Attached to this declaration as **Exhibit E** is a true and correct copy of excerpts of the deposition transcript of William Swope, taken April 4, 2023.

9. Attached to this declaration as **Exhibit F** is an annotated version of Pemberton Law's Privilege Log, with 48 highlighted entries representing those that appear to relate to the Investigation or Report.

DATE: May 9, 2023                              s/Laura A. Farley
                                               Laura A. Farley