**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Mary Kay Thomas, | Court File No.: 21-cv-02581-PJS-DJF |
| Plaintiff, | |
| v. | |
| Marshall Public Schools (Independent School District 413); Members of the Marshall School Board (in their official capacities); Jeff Chapman (in his individual and official capacities); Bill Swope (in his individual and official capacities); and Superintendent Jeremy Williams (in his individual and official capacities), | **MEET AND CONFER STATEMENT PURSUANT TO LOCAL RULE 7.1 REGARDING PLAINTIFF'S MOTION TO COMPEL** |
| Defendants. | |

---

I, Laura A. Farley, am one of the attorneys representing Plaintiff Mary Kay Thomas in the above-entitled matter. I hereby certify that David Schlesinger and I met and conferred with Defendants' counsel, Tim Sullivan and Frank Langan of Ratwick, Roszak, & Maloney, P.A. and Kendra Olson of Pemberton Law on April 13, 2023, via videoconference, and April 18 and 21, 2023 via email in an attempt to resolve the parties' differences and eliminate the need for this motion. In accordance with Local Rule 7.1(a)(1)(A), I submit this statement to advise the Court that although the parties attempted to resolve this matter, they were unable to as of the date of this statement.

Dated: May 9, 2023  **NICHOLS KASTER, PLLP**

 s/Laura A. Farley
David E. Schlesinger, MN Bar No. 0387009
Laura A. Farley, MN Bar No. 0397455
4700 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 338-4878
schlesinger@nka.com
lfarley@nka.com

Dated: May 9, 2023  **PREMO FRANK PLLC**

 s/ Matthew A. Frank
Matthew A. Frank, MN Bar No. 0395362
333 Washington Ave. N., Suite 300
Minneapolis, MN 55401
Telephone: (612) 445-7041
matt@premofrank.com

**ATTORNEYS FOR PLAINTIFF**