UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Mary Kay Thomas,<br><br>            Plaintiff,<br><br>v.<br><br>Marshall Public Schools (Independent School District 413); Members of the Marshall School Board (in their official capacities); Jeff Chapman (in his individual and official capacities) Bill Swope (in his individual and official capacities); and Superintendent Jeremy Williams (in his individual and official capacities),<br><br>            Defendants. | Court File No. 21-cv-02581 (PJS/DJF)<br><br>**[PROPOSED] ORDER** |

---

The above-entitled matter came on for hearing before the Honorable Dulce J. Foster on May 23, 2023 at 3:00 p.m. on Plaintiffs' Motion to Compel.

Based upon the parties' memoranda of law, declarations, exhibits, and the arguments of counsel at hearing, **IT IS HEREBY ORDERED THAT**:

Plaintiff's Motion is **GRANTED**. Defendants and Pemberton Law shall produce documents and information related to Joshua Heggem's Investigation and Investigative Report, including the taking of the deposition Mr. Heggem, within sixty days of this Order:

Dated:                                                  **BY THE COURT:**

                                                                                                                                                                    _____

                                                                                       Dulce J. Foster
                                                                                       U.S. MAGISTRATE JUDGE