

**David E. Schlesinger**
Direct: (612) 256-3277
Fax: (612) 338-4878
schlesinger@nka.com

4700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(877) 448-0492

November 9, 2023

<u>**VIA ECF**</u>

The Honorable Dulce J. Foster
United States Magistrate Judge
District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

   Re: *Mary Kay Thomas v. Marshall Public Schools et al.*
      **Court File No. 0:21-cv-02581-PJS-DJF**

Your Honor,

  I write on behalf of all parties pursuant to the Court's October 27, 2023 Order (Dkt. 107) to provide a joint letter to Your Honor about settlement. The parties have agreed to enter private mediation facilitated by Martin Ho. The parties agree that mediation should be conducted as soon as practicable and the mediation is tentatively scheduled for December 19, 2023.

  I hope this letter is helpful. We would be happy to provide an update as to the status of settlement following the mediation if the Court would like us to do so. Thank you.

                  Sincerely,

                  David E. Schlesinger
                  Attorney at Law

cc: Matthew A. Frank
   Riley Palmer
   Tim A. Sullivan