UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MARY KAY THOMAS,

              Plaintiff,

v.

MARSHALL PUBLIC SCHOOLS,
Independent School District 413, et al.,

              Defendants.

Case No. 21-CV-2581 (PJS/DJF)

ORDER

IT IS HEREBY ORDERED THAT the Clerk of Court is directed to STRIKE plaintiff's notices of supplemental authority [ECF Nos. 155–56] as unauthorized memoranda filed in violation of D. Minn. L.R. 7.1(i) ("Except with the court's prior permission, a party must not file a memorandum of law except as expressly allowed under LR 7.1.").

Dated:  July 31, 2024

Patrick J. Schiltz, Chief Judge
United States District Court